1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL VON LOEWENFELDT (178665)
2  ADRIAN J. SAWYER (203712)
   HOLLY HOGAN (238714)
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
4  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
5  Facsimile: (415) 371-0500

6  Attorneys for Defendants
   AXA ADVISORS, LLC and
7  AXA NETWORK, LLC

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11 | CARLTON M. LENNON, individually, and on    Case No. CV 07 1858 EMC
12 | behalf of all members of the general public
   | similarly situated,                        **DEFENDANT AXA NETWORK, LLC'S**
13 | JAMES L. THOMPSON, individually, and on   **ANSWER TO COMPLAINT**
   | behalf of all members of the general public
14 | similarly situated,

15 |              Plaintiffs,

16 |       vs.

17 |
   | AXA ADVISORS, LLC; AXA NETWORK,
18 | LLC, and DOES 1 through 20, inclusive,

19 |              Defendants.

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

CASE NO. 07-1858 EMC                        ANSWER BY AXA NETWORK

Defendant AXA Network, LLC (hereinafter "AXA Network"), for itself and no other entity, answers Plaintiffs' Complaint as follows:

**Jurisdiction And Venue**

1.      Answering Paragraph 1 of the Complaint, said paragraph is a legal conclusion, and therefore no response is required.  To the extent that a response is deemed required, AXA Network admits that Plaintiffs purport to bring a class action pursuant to Rule 23(a) and (b) of the Federal Rules of Civil Procedure.  Except as expressly admitted, AXA Network denies each and every allegation contained in said paragraph.

2.      Answering Paragraph 2 of the Complaint, AXA Network admits that Plaintiffs filed a Class Action complaint against AXA Advisors, LLC on November 17, 2006, in Los Angeles Superior Court, and served AXA Advisors, LLC by January 9, 2007.  AXA Network further admits that prior to removal of the previous action from the Los Angeles Superior Court, Plaintiffs filed an amended complaint in that court adding AXA Network, LLC as a defendant. Other than as expressly admitted, AXA Network denies each and every allegation contained in said paragraph.

3.      Answering Paragraph 3 of the Complaint, AXA Network admits the allegations of said paragraph.

4.      Answering Paragraph 4 of the Complaint, AXA Network admits the allegations of said paragraph.

5.      Answering Paragraph 5 of the Complaint, AXA Network admits the allegations of said paragraph.

**The Parties**

5.      Answering Paragraph 5 of the Complaint,[1] AXA Network admits the allegations of said paragraph.

6.      Answering Paragraph 6 of the Complaint, AXA Network admits the allegations of

---

[1]      The Complaint has two Paragraphs numbered 5.  For clarity, AXA Network has chosen to duplicate the numbering scheme exactly, including the duplicative paragraphs number 5.

KERR
&
WAGSTAFFE
LLP

said paragraph.

7.    Answering Paragraph 7 of the Complaint, AXA Network admits that AXA Advisors, LLC, is a broker-dealer and investment advisor and does business in the state of California. Except as expressly admitted, AXA Network denies each and every allegation contained in said paragraph.

8.    Answering Paragraph 8 of the Complaint, AXA Network admits that it is a limited liability company and does business within the state of California, and offers annuity and insurance products. Except as expressly admitted, AXA Network denies each and every allegation contained in said paragraph.

9.    Answering Paragraph 9 of the Complaint, AXA Network admits that Plaintiffs purport to be unaware of the names or capacities of Defendants sued under fictitious names DOES 1-20. AXA Network lacks sufficient information and belief as to the identity and capacity of the Doe Defendants, and on that basis denies each and every remaining allegation contained in said paragraph.

10.    Answering Paragraph 10 of the Complaint, AXA Network lacks sufficient information and belief as to the truth of Plaintiffs' allegations concerning Doe Defendants, and on that basis denies each and every allegation contained in said paragraph.

11.    Answering Paragraph 11 of the Complaint, AXA Network denies each and every allegation contained in said paragraph.

12.    Answering Paragraph 12 of the Complaint, to the extent that said paragraph is a legal conclusion, no response is required. To the extent that a response is deemed required, AXA Network denies each and every allegation contained in said paragraph.

13.    Answering Paragraph 13 of the Complaint, to the extent that said paragraph is a legal conclusion, no response is required. To the extent that a response is deemed required, AXA Network denies each and every allegation contained in said paragraph.

### Class Action Allegations

14.    Answering Paragraph 13 of the Complaint, said paragraph is a legal conclusion, and therefore no response is required. To the extent that the response is deemed required, AXA

KERR
&
WAGSTAFFE
LLP

CASE NO. 07-1858 EMC                                    ANSWER BY AXA NETWORK

1    Network admits that Plaintiffs purport to bring this action as described in Paragraph 14 and seek

2    class certification.  AXA Network denies that class treatment is appropriate.  AXA Network

3    denies each and every remaining allegation contained in said paragraph.

4        15.    Answering Paragraph 15 of the Complaint, AXA Network admits that Plaintiffs

5    purport to bring an action on behalf of the proposed class described in said paragraph.  AXA

6    Network lacks sufficient information and belief as to the composition of the putative class

7    because it does not employ "securities brokers" and/or "broker trainees" as defined by Plaintiffs;

8    therefore on that basis, AXA Network denies each and every remaining allegation contained in

9    said paragraph.

10        16.    Answering Paragraph 16 of the Complaint, AXA Network pleads as follows:

11        (a)    AXA Network admits, to the extent it understands Plaintiffs' allegations,

12    that the putative Class Members, and each subclass, if any, are so numerous that joinder of all

13    Class Members would be unfeasible and not practicable, and that membership of the entire

14    putative class is unknown to Plaintiffs at this time.  AXA Network lacks sufficient information

15    and belief as to the size of the putative class, because it does not employ "securities brokers"

16    and/or "broker trainees" as defined by Plaintiffs, although AXA Network acknowledges that the

17    putative class potentially consists of more than 100 members.  AXA Network denies that the

18    identity of such membership is readily ascertainable by inspection of its employment records, on

19    the grounds that AXA Network lacks sufficient information and belief as to how ascertainable

20    the identity of putative Class Members will be.

21        (b)    AXA Network denies each and every allegation contained in Paragraph

22    16(b).

23        (c)    AXA Network denies each and every allegation contained in Paragraph

24    16(c).

25

26        (d)    AXA Network denies each and every allegation contained in Paragraph

27    16(d).

28        17.    Answering Paragraph 17 of the Complaint, AXA Network denies each and every

1  allegation contained in said paragraph.

2                          **Factual Allegations**

3         18.    Answering Paragraph 18 of the Complaint, AXA Network denies each and every

4  allegation contained in said paragraph.

5         19.    Answering Paragraph 19 of the Complaint, AXA Network admits that at some

6  point in time it employed Plaintiffs as exempt workers in California.  AXA Network lacks

7  sufficient information and belief as to the composition of the putative class, and on that basis

8  denies each and every allegation contained in Paragraph 18 about the putative class.  Except as

9  expressly admitted, AXA Network denies each and every allegation contained in said paragraph.

10        20.    Answering Paragraph 20 of the Complaint, AXA Network denies each and every

11 allegation contained in said paragraph.

12        21.    Answering Paragraph 21 of the Complaint, AXA Network denies each and every

13 allegation contained in said paragraph.

14        22.    Answering Paragraph 22 of the Complaint, AXA Network denies each and every

15 allegation contained in said paragraph.

16        23.    Answering Paragraph 23 of the Complaint, said paragraph consists solely of legal

17 argument to which no response is required.  To the extent a response is deemed required, the

18 statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

19 inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

20 each and every remaining allegation of said paragraph.

21                          **First Cause of Action**

22        24.    Answering Paragraph 24 of the Complaint, AXA Network incorporates by

23 reference its answers to Paragraphs 1 through 23, inclusive.

24        25.     Answering Paragraph 25 of the Complaint, said paragraph consists solely of

25 legal argument to which no response is required.  To the extent a response is deemed required,

26 the statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

27 inconsistent therewith, denies that Plaintiffs' legal arguments have merit, and denies each and

28 every remaining allegation of said paragraph.

KERR
&
WAGSTAFFE
LLP

– 4 –

26. Answering Paragraph 26 of the Complaint, AXA Network denies each and every allegation contained in said paragraph.

27. Answering Paragraph 27 of the Complaint, AXA Network denies each and every allegation contained in said paragraph.

28. Answering Paragraph 28 of the Complaint, AXA Network denies each and every allegation contained in said paragraph.

29. Answering Paragraph 29 of the Complaint, AXA Network denies each and every allegation contained in said paragraph.

30. Answering paragraph 30 of the Complaint, AXA Network denies each and every allegation contained in said paragraph.

<u>**Second Cause of Action**</u>

31. Answering Paragraph 31 of the Complaint, AXA Network incorporates by reference its answers to Paragraphs 1 through 30, inclusive.

32. Answering Paragraph 32 of the Complaint, said paragraph consists solely of legal argument to which no response is required. To the extent a response is deemed required, the statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as each and every remaining allegation of said paragraph.

33. Answering Paragraph 33 of the Complaint, said paragraph consists solely of legal argument to which no response is required. To the extent a response is deemed required, the statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as each and every remaining allegation of said paragraph.

34. Answering Paragraph 34 of the Complaint, AXA Network denies each and every allegation contained in said paragraph.

35. Answering Paragraph 35 of the Complaint, said paragraph consists solely of legal argument to which no response is required. To the extent a response is deemed required, the statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation



1    inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

2    each and every remaining allegation of said paragraph.

3        36.    Answering Paragraph 36 of the Complaint, said paragraph consists solely of legal

4    argument to which no response is required.  To the extent a response is deemed required, the

5    statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

6    inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

7    each and every remaining allegation of said paragraph.

8        37.    Answering Paragraph 37 of the Complaint, AXA Network denies each and every

9    allegation contained in said paragraph.

10       38.    Answering Paragraph 38 of the Complaint, AXA Network denies each and every

11   allegation contained in said paragraph.

12       39.    Answering Paragraph 39 of the Complaint, AXA Network denies each and every

13   allegation contained in said paragraph.

14                            **Third Cause of Action**

15       40.    Answering Paragraph 40 of the Complaint, AXA Network incorporates by

16   reference its answers to Paragraphs 1 through 39, inclusive.

17       41.    Answering Paragraph 41 of the Complaint, said paragraph consists solely of legal

18   argument to which no response is required.  To the extent a response is deemed required, the

19   statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

20   inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

21   each and every remaining allegation of said paragraph.

22       42.    Answering Paragraph 42 of the Complaint, AXA Network denies each and every

23   allegation contained in said paragraph.

24       43.    Answering Paragraph 43 of the Complaint, AXA Network denies each and every

25   allegation contained in said paragraph.

26       44.    Answering Paragraph 44 of the Complaint, AXA Network denies each and every

27   allegation contained in said paragraph.

28       45.    Answering Paragraph 45 of the Complaint, AXA Network denies each and every

KERR
&
WAGSTAFFE
LLP

CASE NO. 07-1858 EMC                                      ANSWER BY AXA NETWORK

1   allegation contained in said paragraph.

2       46.    Answering Paragraph 46 of the Complaint, AXA Network denies each and every

3   allegation contained in said paragraph.

4       47.    Answering Paragraph 47 of the Complaint, AXA Network denies each and every

5   allegation contained in said paragraph.

6       48.    Answering Paragraph 48 of the Complaint, AXA Network denies each and every

7   allegation contained in said paragraph.

8                                **Fourth Cause of Action**

9       49.    Answering Paragraph 49 of the Complaint, AXA Network incorporates by

10  reference its answers to Paragraphs 1 through 48, inclusive.

11      50.    Answering Paragraph 50 of the Complaint, said paragraph consists solely of legal

12  argument to which no response is required.  To the extent a response is deemed required, the

13  statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

14  inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

15  each and every remaining allegation of said paragraph.

16      51.    Answering Paragraph 51 of the Complaint, AXA Network denies each and every

17  allegation contained in said paragraph.

18      52.    Answering Paragraph 52 of the Complaint, AXA Network denies each and every

19  allegation contained in said paragraph.

20      53.    Answering Paragraph 53 of the Complaint, AXA Network denies each and every

21  allegation contained in said paragraph.

22      54.    Answering Paragraph 54 of the Complaint, AXA Network denies each and every

23  allegation contained in said paragraph.

24      55.    Answering Paragraph 55 of the Complaint, AXA Network denies each and every

25  allegation contained in said paragraph.

26      56.    Answering Paragraph 56 of the Complaint, AXA Network denies each and every

27  allegation contained in said paragraph.

28      57.    Answering Paragraph 57 of the Complaint, AXA Network denies each and every

KERR
&
WAGSTAFFE
LLP

CASE NO. 07-1858 EMC                                    ANSWER BY AXA NETWORK

1   allegation contained in said paragraph.

2        58.    Answering Paragraph 58 of the Complaint, AXA Network denies each and every

3   allegation contained in said paragraph.

4                                    **Fifth Cause of Action**

5        59.    Answering Paragraph 59 of the Complaint, AXA Network incorporates by

6   reference its answers to Paragraphs 1 through 58, inclusive.

7        60.    Answering Paragraph 60 of the Complaint, said paragraph consists solely of legal

8   argument to which no response is required.  To the extent a response is deemed required, the

9   statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

10  inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

11  each and every remaining allegation of said paragraph.

12       61.    Answering Paragraph 61 of the Complaint, said paragraph consists solely of legal

13  argument to which no response is required.  To the extent a response is deemed required, the

14  statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

15  inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

16  each and every remaining allegation of said paragraph.

17       62.    Answering Paragraph 62 of the Complaint, said paragraph consists solely of legal

18  argument to which no response is required.  To the extent a response is deemed required, the

19  statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

20  inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

21  each and every remaining allegation of said paragraph.

22       63.    Answering Paragraph 63 of the Complaint, said paragraph consists solely of legal

23  argument to which no response is required.  To the extent a response is deemed required, the

24  statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

25  inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

26  each and every remaining allegation of said paragraph.

27       64.    Answering Paragraph 64 of the Complaint, AXA Network denies each and every

28  allegation contained in said paragraph.

KERR
&
WAGSTAFFE
LLP

– 8 –

1   65.    Answering Paragraph 65 of the Complaint, AXA Network denies each and every

2   allegation contained in said paragraph.

3   66.    Answering Paragraph 66 of the Complaint, said paragraph consists solely of legal

4   argument to which no response is required.  To the extent a response is deemed required, the

5   statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

6   inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

7   each and every remaining allegation of said paragraph.

8   67.    Answering Paragraph 67 of the Complaint, AXA Network admits that Plaintiffs

9   make the requests described in said paragraph, and denies each and every allegation contained in

10  said paragraph.

11  68.    Answering Paragraph 68 of the Complaint, AXA Network denies each and every

12  allegation contained in said paragraph.

13  <div align="center">**Sixth Cause of Action**</div>

14  69.    Answering Paragraph 69 of the Complaint, AXA Network incorporates by

15  reference its answers to Paragraphs 1 through 68, inclusive.

16  70.    Answering Paragraph 70 of the Complaint, said paragraph consists solely of legal

17  argument to which no response is required.  To the extent a response is deemed required, the

18  statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

19  inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

20  each and every remaining allegation of said paragraph.

21  71.    Answering Paragraph 71 of the Complaint, AXA Network denies each and every

22  allegation contained in said paragraph.

23  72.    Answering Paragraph 72 of the Complaint, AXA Network denies each and every

24  allegation contained in said paragraph.

25  73.    Answering Paragraph 73 of the Complaint, AXA Network denies each and every

26  allegation contained in said paragraph.

27  74.    Answering Paragraph 74 of the Complaint, said paragraph consists solely of legal

28  argument to which no response is required.  To the extent a response is deemed required, the

KERR
&
WAGSTAFFE
LLP

CASE NO. 07-1858 EMC                                          ANSWER BY AXA NETWORK

1  statute quoted by Plaintiffs speaks for itself, and AXA Network denies any allegation

2  inconsistent therewith and further denies that Plaintiffs' legal arguments have merit, as well as

3  each and every remaining allegation of said paragraph.

4         75.     Answering Paragraph 75 of the Complaint, AXA Network denies each and every

5  allegation contained in said paragraph.

6         76.     Answering Paragraph 76 of the Complaint, AXA Network denies each and every

7  allegation contained in said paragraph.

8  <center>**Seventh Cause of Action**</center>

9         77.     Answering Paragraph 77 of the Complaint, AXA Network incorporates by

10  reference its answers to Paragraphs 1 through 76, inclusive.

11         78.     Answering Paragraph 78 of the Complaint, AXA Network denies each and every

12  allegation contained in said paragraph.

13         79.     Answering Paragraph 79 of the Complaint, AXA Network denies each and every

14  allegation contained in said paragraph.

15         80.     Answering Paragraph 80 of the Complaint, AXA Network denies each and every

16  allegation contained in said paragraph.

17  <center>**PLAINTIFFS' PRAYER FOR RELIEF**</center>

18       AXA Network denies each and every allegation contained in Plaintiffs' prayer for relief,

19  Paragraphs 1 through 79, and each of them, and specifically denies that Plaintiffs and/or the

20  purported class have been injured, or threatened with injury, in any way whatsoever, or at all,

21  further denies that class certification is appropriate, and specifically denies that Plaintiffs and/or

22  the purported class are entitled to any relief of any kind whatsoever.

23  <center>**ADDITIONAL DEFENSES**</center>

24  <center>(Applicable to All Causes of Action Unless Otherwise Specified)</center>

25       AXA Network asserts the following additional defenses to Plaintiffs' Complaint:

26  <center>**FIRST ADDITIONAL DEFENSE**</center>

27       The Complaint, and each and every cause of action contained therein, fails to state a

28  claim upon which relief can be granted.

1
## SECOND ADDITIONAL DEFENSE

2       The Complaint, and each and every cause of action contained therein, is barred by the

3   doctrine of estoppel.

4
## THIRD ADDITIONAL DEFENSE

5       The Complaint, and each and every cause of action contained therein, is barred by the

6   doctrine of waiver.

7
## FOURTH ADDITIONAL DEFENSE

8       The Complaint, and each and every cause of action contained therein, is barred by the

9   doctrine of laches.

10
## FIFTH ADDITIONAL DEFENSE

11      The Complaint, and each and every cause of action contained therein, is barred by the

12  doctrine of unclean hands.

13
## SIXTH ADDITIONAL DEFENSE

14      The claims asserted in the Complaint are barred to the extent that they fail to satisfy the

15  applicable statute of limitations, including but not limited to 29 U.S.C. section 255, California

16  Code of Civil Procedure sections 337, 338, 339, and 340, and California Business and

17  Professions Code section 17208.

18
## SEVENTH ADDITIONAL DEFENSE

19      The consent to and/or approval of any and all of AXA Network's alleged conduct,

20  statements, and/or omissions by the Plaintiffs and/or the purported class members bars the

21  allegations contained in the Complaint.

22
## EIGHTH ADDITIONAL DEFENSE

23      The Complaint is barred, in whole or in part, because all of the alleged acts were

24  privileged and/or justified.

25
## NINTH ADDITIONAL DEFENSE

26      The Complaint is barred because AXA Network did not employ the Plaintiffs and/or the

27  purported class members.

28

KERR
&
WAGSTAFFE
LLP

– 11 –

1

**TENTH ADDITIONAL DEFENSE**

2

The Complaint is barred because the Plaintiffs and/or purported class members were

3

independent contractors.

4

**ELEVENTH ADDITIONAL DEFENSE**

5

AXA Network has acted in good faith and reasonably believes it is not violating the Fair

6

Labor Standards Act with regard to its classification of exempt employees.

7

**TWELFTH ADDITIONAL DEFENSE**

8

AXA Network properly classified Plaintiffs and the purported class members as

9

"exempt" at all relevant times alleged by the Complaint; therefore, neither Plaintiffs, nor the

10

purported class members, are entitled to minimum wages or overtime compensation under the

11

provisions of Sections 6 and 7 of the Fair Labor Standards Act (29 U.S.C. sections 206, 207),

12

inasmuch as Plaintiffs and the purported class members are and/or were employed in a bona fide

13

executive capacity as such term has been defined and delineated by the Fair Labor Standards Act

14

as well as the Administrator of the Wage and Hour Division of the United States Department of

15

Labor, pursuant to authority delegated by the Secretary of Labor.

16

**THIRTEENTH ADDITIONAL DEFENSE**

17

AXA Network properly classified Plaintiffs and the purported class members as

18

"exempt" at all relevant times alleged by the Complaint; therefore, neither Plaintiffs, nor the

19

purported class members, are entitled to minimum wages or overtime compensation under the

20

provisions of Sections 6 and 7 of the Fair Labor Standards Act (29 U.S.C. sections 206, 207),

21

inasmuch as Plaintiffs and the purported class members are and/or were employed in a bona fide

22

professional capacity as such term has been defined and delineated by the Fair Labor Standards

23

Act as well as the Administrator of the Wage and Hour Division of the United States Department

24

of Labor, pursuant to authority delegated by the Secretary of Labor.

25

**FOURTEENTH ADDITIONAL DEFENSE**

26

AXA Network properly classified Plaintiffs and the purported class members as

27

"exempt" at all relevant times alleged by the Complaint; therefore, neither Plaintiffs, nor the

28

purported class members, are entitled to minimum wages or overtime compensation under the

1  provisions of Sections 6 and 7 of the Fair Labor Standards Act (29 U.S.C. sections 206, 207),

2  inasmuch as Plaintiffs and the purported class members are and/or were employed in a bona fide

3  administrative capacity as such term has been defined and delineated by the Fair Labor Standards

4  Act as well as the Administrator of the Wage and Hour Division of the United States Department

5  of Labor, pursuant to authority delegated by the Secretary of Labor.

6                              **FIFTEENTH ADDITIONAL DEFENSE**

7          AXA Network properly classified Plaintiffs and the purported class members as

8  "exempt" at all relevant times alleged by the Complaint; therefore, neither Plaintiffs, nor the

9  purported class members, are entitled to minimum wages or overtime compensation under the

10  provisions of Sections 6 and 7 of the Fair Labor Standards Act (29 U.S.C. sections 206, 207),

11  inasmuch as Plaintiffs and the purported class members are and/or were employed as outside

12  salespersons as such term has been defined and delineated by the Fair Labor Standards Act as

13  well as the Administrator of the Wage and Hour Division of the United States Department of

14  Labor, pursuant to authority delegated by the Secretary of Labor.

15                              **SIXTEENTH ADDITIONAL DEFENSE**

16          AXA Network properly classified Plaintiffs and the purported class members as

17  "exempt" at all relevant times alleged by the Complaint; therefore, neither Plaintiffs, nor the

18  purported class members, are entitled to minimum wages or overtime compensation under the

19  provisions of Sections 6 and 7 of the Fair Labor Standards Act (29 U.S.C. sections 206, 207),

20  inasmuch as Plaintiffs and the purported class members were employed by a retail or service

21  establishment as such term has been defined and delineated by the Fair Labor Standards Act as

22  well as the Administrator of the Wage and Hour Division of the United States Department of

23  Labor, pursuant to authority delegated by the Secretary of Labor.

24                            **SEVENTEENTH ADDITIONAL DEFENSE**

25          If it is determined that Plaintiffs and/or the purported class members are entitled to any

26  relief for overtime compensation pursuant to the Fair Labor Standards Act, AXA Network

27  contends that Plaintiffs and/or the purported class members are limited to payment for overtime

28  hours at one and one-half times their hourly rate.

**EIGHTEENTH ADDITIONAL DEFENSE**

To the extent that the work time that Plaintiffs and/or the purported class members claim was not included in determining total hours of work in the workweek for purposes of computing overtime compensation was negligible in amount and, hence, de minimis, the Court should not give cognizance to that amount and should deny any recovery for such hours of work.

**NINTEENTH ADDITIONAL DEFENSE**

Pursuant to 29 U.S.C. section 254, AXA Network is relieved of any liability for the overtime compensation and minimum wages claimed by Plaintiffs and/or the class members to the extent that the activities on which claims for overtime compensation and minimum wages are based consisted of traveling to and from the actual place of performance of, and of activities preliminary and postliminary to, the principal activities of employment, because such activities were not compensable by either an express provision of any written or nonwritten contract or by any custom or practice in effect at the time of such activities; or, if compensable by such contract, custom, or practice, the activities were not engaged in during the portion of the day with respect to which they were so made compensable.

**TWENTIETH ADDITIONAL DEFENSE**

Without admitting that AXA Network's acts and omissions alleged in the Complaint violated the Fair Labor Standards Act, AXA Network avers that such acts and omissions were committed in good faith and that AXA Network had reasonable grounds for believing that such acts or omissions were not a violation of the Fair Labor Standards Act. AXA Network therefore requests that the Court, in the exercise of its sound discretion, not make any award of liquidated damages to Plaintiffs and/or the purported class members.

**TWENTY-FIRST ADDITIONAL DEFENSE**

To the extent that AXA Network had no knowledge of the overtime work of the Plaintiffs and/or the purported class members alleged in the Complaint, and the conduct of the Plaintiffs and/or the purported class members prevented it from discovering such overtime work, AXA Network cannot be said to have suffered or permitted the work under the Fair Labor Standards Act, and thus is not liable for overtime compensation.

KERR
&
WAGSTAFFE
LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TWENTY-SECOND ADDITIONAL DEFENSE**

AXA Network properly classified Plaintiffs and the purported class members as "exempt" at all relevant times alleged by the Complaint; therefore, the claims of Plaintiffs and the purported class members are barred inasmuch as Plaintiffs and/or the purported class members are and/or were employed in a bona fide executive capacity as such term has been defined and delineated by the California Labor Code as well as the Industrial Welfare Commission pursuant to authority delegated by the California Labor Code.

**TWENTY-THIRD ADDITIONAL DEFENSE**

AXA Network properly classified Plaintiffs and the purported class members as "exempt" at all relevant times alleged by the Complaint; therefore, the claims of Plaintiffs and the purported class members are barred inasmuch as Plaintiffs and/or the purported class members are and/or were employed in a bona fide professional capacity as such term has been defined and delineated by the California Labor Code as well as the Industrial Welfare Commission pursuant to authority delegated by the California Labor Code.

**TWENTY-FOURTH ADDITIONAL DEFENSE**

AXA Network properly classified Plaintiffs and the purported class members as "exempt" at all relevant times alleged by the Complaint; therefore, the claims of Plaintiffs and the purported class members are barred inasmuch as Plaintiffs and/or the purported class members are and/or were employed in a bona fide administrative capacity as such term has been defined and delineated by the California Labor Code as well as the Industrial Welfare Commission pursuant to authority delegated by the California Labor Code.

**TWENTY-FIFTH ADDITIONAL DEFENSE**

AXA Network properly classified Plaintiffs and the purported class members as "exempt" at all relevant times alleged by the Complaint; therefore, the claims of Plaintiffs and the purported class members are barred inasmuch as Plaintiffs and/or the purported class members are and/or were employed as outside salespersons as such term has been defined and delineated by the California Labor Code as well as the Industrial Welfare Commission pursuant to authority delegated by the California Labor Code.

1

### TWENTY-SIXTH ADDITIONAL DEFENSE

2      AXA Network properly classified Plaintiffs and the purported class members as

3  "exempt" at all relevant times alleged by the Complaint; therefore, the claims of Plaintiffs and

4  the purported class members are barred inasmuch as Plaintiffs' and/or the purported class

5  members' earnings exceeded one and a half times the minimum wage, and more than half of

6  Plaintiffs' and/or the purported class members' earnings represents commissions.

7

### TWENTY-SEVENTH ADDITIONAL DEFENSE

8      AXA Network alleged acts or omissions, if any, were in good faith and AXA Network

9  has reasonable grounds to believe that the alleged acts or omissions did not violate the California

10  Labor Code or any order of the California Industrial Welfare Commission.

11

### TWENTY-EIGHTH ADDITIONAL DEFENSE

12      AXA Network conduct and activities as alleged in the Complaint and any alleged

13  violation of law, if it occurred, was non-willful and unintentional.

14

### TWENTY-NINTH ADDITIONAL DEFENSE

15      The Complaint fails to state a claim against AXA Network sufficient to impose penalties,

16  including but not limited to, penalties pursuant to California Labor Code sections 203, 226.7,

17  558, and 2699-2699.5

18

### THIRTIETH ADDITIONAL DEFENSE

19      The claims of Plaintiffs and/or the purported class members for penalties pursuant to

20  California Labor Code section 2699 is barred due to the failure of Plaintiffs and/or the purported

21  class members to exhaust administrative remedies.

22

### THIRTY-FIRST ADDITIONAL DEFENSE

23      The claims of the Plaintiffs and/or the purported class members are barred to the extent

24  that Plaintiffs and/or the purported class members secreted or absented themselves to avoid

25  payment of wages and/or refused to receive the payment fully tendered to them by AXA

26  Network, thereby relieving AXA Network of liability for Labor Code section 203 penalties.

27

### THIRTY-SECOND ADDITIONAL DEFENSE

28      To the extent AXA Network is liable, if at all, for the claims of Plaintiffs and/or the

KERR
&
WAGSTAFFE
LLP

CASE NO. 07-1858 EMC                                    ANSWER BY AXA NETWORK

1   purported class, the fact and extent of which AXA Network denies, AXA Network is entitled to

2   indemnification, contribution, and/or equitable apportionment for such claims among all other

3   parties, individuals or other entities responsible for those claims.

4                           **THIRTY-THIRD ADDITIONAL DEFENSE**

5            To the extent Plaintiffs and/or the purported class members, seek compensatory damages

6   or other damages not available under the Fair Labor Standards Act, any such attempt to obtain

7   those damages is barred.

8                          **THIRTY-FOURTH ADDITIONAL DEFENSE**

9            Plaintiffs, as well as the purported class members, have failed, and continue to fail, to

10  reasonably mitigate, minimize, or avoid any damages they have allegedly sustained, and

11  recovery against AXA Network, if any, must be reduced accordingly.

12                          **THIRTY-FIFTH ADDITIONAL DEFENSE**

13           The Complaint and each and every cause of action contained therein does not state facts

14  sufficient to form a basis for obtaining punitive damages.

15                          **THIRTY-SIXTH ADDITIONAL DEFENSE**

16           Plaintiffs, as well as the purported class members, are barred from obtaining punitive

17  damages because such punitive damages would violate AXA Network's rights under the United

18  States and California Constitutions.

19                        **THIRTY- SEVENTH ADDITIONAL DEFENSE**

20           Plaintiffs cannot maintain their class action claims because they are not adequate class

21  representatives.

22                          **THIRTY- EIGHTH ADDITIONAL DEFENSE**

23           Plaintiffs cannot maintain their class action claims because the purported class lacks

24  sufficient numerosity, common questions of law or fact do not predominate, and Plaintiffs'

25  claims are not typical of the claims of the purported class.

26                          **THIRTY- NINTH ADDITIONAL DEFENSE**

27           Class treatment is inappropriate for the claims presented in Plaintiffs' complaint because

28  resolution of those claims requires or will require individualized inquiries into the factual

KERR
&
WAGSTAFFE
LLP

CASE NO. 07-1858 EMC                                          ANSWER BY AXA NETWORK

1    circumstances of each purported class member.

2                          **FORTIETH ADDITIONAL DEFENSE**

3            Class treatment is not superior to other available methods for the fair and efficient

4    adjudication of the claims of the Plaintiffs, and/or the purported class members.

5                          **RESERVATION OF RIGHT**

6            AXA Network is presently without knowledge or information sufficient to form a belief

7    as to whether it has additional defenses.  Accordingly, AXA Network reserves the right to assert

8    additional defenses if AXA Network becomes aware of the existence of additional defenses

9    during discovery.

10           WHEREFORE, AXA Network prays for judgment as follows:

11           1.      That Plaintiffs take nothing by reason of the Complaint;

12           2.      For dismissal with prejudice of the Complaint;

13           3.      That AXA Network be awarded its costs incurred in this action, including

14   reasonable attorneys' fees; and

15           4.      For such other and further relief as the Court deems just and proper.

16   DATED: April 19, 2007                        **KERR & WAGSTAFFE LLP**

17

18                                      By  _____
                                            ADRIAN J. SAWYER

19

20                                          Attorneys for Defendants
                                            AXA ADVISORS, LLC and
21   **28939**                              AXA NETWORK, LLC

22

23

24

25

26

27

28