Mark Yablonovich (SBN 186670)
Marc Primo (SBN 216796)
Joseph Cho (SBN 198844)
Shawn Westrick (SBN 235313)
Initiative Legal Group LLP
1875 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:    (310) 861-9051
Attorneys for Plaintiff/Class Members

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, <br> JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case Number: C-07-01858 EMC <br><br> Rule 23 of the Federal Rules of Civil Procedure <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 20, 2007

Initiative Legal Group LLP

By: _____
Mark Yablonovich
Marc Primo
Joseph Cho
Shawn Westrick
Attorneys for Plaintiffs/Class Members

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group LLP, 1875 Century Park East, Suite 1800, Los Angeles, California 90067.

On April 23, 2007 I served the within documents described below as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing true copies thereon enclosed in a sealed envelope addressed as follows:

Michael von Loewenfeldt
Adrian J. Sawyer
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
415.371.0500 Fax

(X) **MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.
( ) **PERSONAL**: I caused such envelope to be delivered by hand to the individuals at the above address.
( ) **OVERNIGHT COURIER**: I caused the above-referenced document(s) to be delivered to an overnight courier service (FedEx), for delivery to the above addressee(s).
(X) **FACSIMILE**: I caused the above-referenced document(s) to be transmitted to the above-named person at the telephone numbers above.
( ) **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED** this document on April 23, 2007 at Los Angeles, California.

_____
SHELLY M. ROSS

3

REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE
C-07-01858 EMC