1 H. SINCLAIR KERR, JR. (61713)
MICHAEL VON LOEWENFELDT (178665)
2 ADRIAN J. SAWYER (203712)
HOLLY HOGAN (238714)
3 **KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
4 San Francisco, CA 94105–1528
Telephone: (415) 371-8500
5 Facsimile: (415) 371-0500

6 Attorneys for Defendants
AXA ADVISORS, LLC, and
7 AXA EQUITABLE LIFE INSURANCE CO.

8 [Additional Counsel on Next Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 06 4291 JSW<br><br>**[PROPOSED] ORDER RELATING CASES** |

1  BRYAN KING SHELDON (116219)
   **LIM, RUGER & KIM LLP**
2  1055 West Seventh Street, Suite 2800
   Los Angeles, CA 90017
3  Telephone: (213) 955-9500
   Facsimile: (213) 955-9511
4  [Local Co-Counsel]

5  JOSEPH D. MELTZER *(admitted pro hac vice)*
   GERALD D. WELLS, III *(admitted pro hac vice)*
6  ROBERT J. GRAY *(admitted pro hac vice)*
   **SCHIFFRIN & BARROWAY**
7  280 King of Prussia Road
   Radnor, Pennsylvania 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9  [Lead Counsel]

10 Attorneys for Plaintiff
   PAUL MEOLA
11
   MARK YABLONOVICH (186670)
12 MARC PRIMO (216796)
   JOSEPH CHO (198844)
13 SHAWN WESTRICK (235513)
   **INITIATIVE LEGAL GROUP LLP**
14 1875 Century Park East, Suite 1800
   Los Angeles, CA 90067
15 Telephone: (310) 556-5637
   Facsimile: (310) 861-9051
16
   Attorneys for Plaintiffs in
17 *Lennon, et al. v. AXA Advisors, LLC, et al.,*
   No. 07-1858 CW

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based on the parties' Joint Motion For Administrative Relief To Consider Whether Cases Should Be Related, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The parties' Joint Administrative Motion to Consider Whether Cases Should Be Related is GRANTED, and *Lennon, et al. v. AXA Advisors, LLC, et al.,* No. 07-1858 CW, is deemed related with this action.

2. The Clerk of the Court is directed to reassign *Lennon, et al. v. AXA Advisors, LLC, et al.,* No. 07-1858 CW, to the undersigned.

DATED: May 17, 2007

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE