Mark Yablonovich (SBN 186670)
Marc Primo (SBN 216796)
Joseph Cho (SBN 198844)
Gregory Yu (SBN 230520)
Shawn Westrick (SBN 235313)
Initiative Legal Group LLP
1875 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051
Attorneys for Plaintiff/Class Members

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case Number: 07- 01858 JSW <br><br> [Class Action Pursuant to California Code of Civil Procedure § 382] <br><br> **NOTICE OF COURT'S ORDER RE:** <br><br> **1) ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LENNON ET AL,

    Plaintiff,

v.

AXA ADVISORS LLC ET AL,

    Defendant.

No. C 07-01858 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on August 10, 2007, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

*Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 18, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Order of the Court, Plaintiffs CARLTON M. LENNON and JAMES L. THOMPSON hereby give Defendant AXA ADVISORS, LLC; AXA NETWORK, LLC Notice of the Court's Order re: 1) ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT true and correct copy of the Court's Order re: Related Cases is attached.

Dated: May 18, 2007

Initiative Legal Group LLP

By: _____
Mark Yablonovich
Marc Primo
Joseph Cho
Gregory Yu
Shawn Westrick
Attorneys for Plaintiff/Class Members

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group LLP, 1875 Century Park East, Suite 1800, Los Angeles, California 90067.

On May 18, 2007 I served the within documents described below as:

1) **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action by placing true copies thereon enclosed in a sealed envelope addressed as follows:

Michael von Loewenfeldt
Adrian J. Sawyer
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
415.371.0500 Fax

(X) **MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.
( ) **PERSONAL**: I caused such envelope to be delivered by hand to the individuals at the above address.
( ) **OVERNIGHT COURIER**: I caused the above-referenced document(s) to be delivered to an overnight courier service (FedEx), for delivery to the above addressee(s).
(X) **FACSIMILE**: I caused the above-referenced document(s) to be transmitted to the above-named person at the telephone numbers above.
( ) **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED** this document on May 18, 2007 at Los Angeles, California.

_____
SHELLY M. ROSS

NOTICE OF COURT'S ORDER