Mark Yablonovich (SBN 186670)
Joseph Cho (SBN 198844)
Gregory Yu (SBN 230520)
Shawn Westrick (SBN 235313)
Initiative Legal Group LLP
1875 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051
Attorneys for Plaintiff/Class Members
JosephCho@InitiativeLegal.com
GregoryYu@InitiativeLegal.com
SWestrick@InitiativeLegal.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case Number: 07- 01858 JSW<br><br>[Class Action Pursuant to California Code of Civil Procedure § 382]<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** INITIATIVE LEGAL GROUP, LLP, has changed its address. Effective June 1, 2007, ANY AND ALL NOTICES, DOCUMENTS AND COMMUNICATIONS regarding this action should be sent to:

> Initiative Legal Group LLP
> 1800 Century Park East, 2nd Floor
> Los Angeles, California 90067

**PLEASE TAKE FURTHER NOTICE THAT:** All phone numbers, facsimiles, and email addresses associated with INITIATIVE LEGAL GROUP, LLP remain the same.

Dated: May 21, 2007

                                            Respectfully submitted,
                                            Initiative Legal Group LLP

                                            By: *[signature]*
                                            Mark Yablonovich
                                            Joseph Cho
                                            Gregory Yu
                                            Shawn Westrick
                                    Attorneys for Plaintiff/Class Members

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group LLP, 1875 Century Park East, Suite 1800, Los Angeles, California 90067.

On May 23, 2007 I served the within documents described below as:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in this action by placing true copies thereon enclosed in a sealed envelope addressed as follows:

Michael von Loewenfeldt
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528

Adrian J. Sawyer
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528

(X) **MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.
( ) **PERSONAL**: I caused such envelope to be delivered by hand to the individuals at the above address.
( ) **OVERNIGHT COURIER**: I caused the above-referenced document(s) to be delivered to an overnight courier service (FedEx), for delivery to the above addressee(s).
( ) **FACSIMILE**: I caused the above-referenced document(s) to be transmitted to the above-named person at the telephone numbers above.
( ) **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED** this document on May 23, 2007 at Los Angeles, California.

SHELLY M. ROSS