UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LENNON ET AL

        Plaintiff(s),                         No. C 07-01858 JSW
                                            (Related to C-06-4291 JSW)

    v.                                  **CLERK'S NOTICE**

AXA ADVISORS LLC ET AL

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on August 31, 2007, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** August 10, 2007, in this matter. A joint conference statement shall be due on or before August 24, 2007. This continuance is due to the unavailability of the Court.

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                            By:_____
                                            Jennifer Ottolini, Deputy Clerk
                                            Honorable Jeffrey S. White
                                            (415) 522-4173

Dated: July 26, 2007