SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:  (925) 945-0770
Facsimile:   (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:   (610) 667-7056

Attorneys for Plaintiff Anthony Bolea

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | No. C06-04291-JSW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12 (B)** |

| | |
|---|---|
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20 inclusive,<br><br>Defendants. | No. 07-01858 JSW |
| ANTHONY BOLEA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO.,<br><br>Defendants. | No. C07-02777-JL |

Plaintiff Anthony Bolea hereby moves for consideration of whether *Anthony Bolea v. AXA Advisors, LLC and AXA Equitable Life Insurance Co.*, Case No. C07-02777 JL, filed on May 29, 2007, is related to the earlier filed cases of *Paul Meola v. AXA Financial, Inc; AXA Advisors, LLC; AXA Equitable Life Insurance Co.*, Case No. C06-04291 JSW, filed July 13, 2006, and *Carlton M. Lennon and James L. Thompson v. AXA Advisors, LLC; AXA Network, LLC*, Case No. 07-01858 JSW, filed April 3, 2007.

Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These two actions are wage and hour matters and are brought against the same

defendants for violations of federal and California labor laws and regulations. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case is conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: August 23, 2007              SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP


                                    _____/s/_____
                                    Alan R. Plutzik

                                    Alan R. Plutzik, Of Counsel (Bar No. 077785)
                                    L. Timothy Fisher, Of Counsel (Bar No. 191626)
                                    2125 Oak Grove Road, Suite 120
                                    Walnut Creek, California  94598
                                    Telephone:  (925) 945-0770
                                    Facsimile:  (925) 945-8792

                                    and

                                    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
                                    Joseph H. Meltzer
                                    Gerald D. Wells, III
                                    Robert J. Gray
                                    280 King of Prussia Road
                                    Radnor, PA  19087
                                    Telephone:  (610) 667-7706
                                    Facsimile:  (610) 667-7056
                                    jmeltzer@sbtklaw.com
                                    gwells@sbtklaw.com
                                    rgray@sbtklaw.com

                                    Attorneys for Plaintiff
                                    Anthony Bolea