SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff Anthony Bolea

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAUL MEOLA, individually, and on behalf of all others similarly situated, | No. C06-04291-JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RELATING CASES |
| vs. | |
| AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

[Proposed] Order Relating Cases
Case Nos. 06-04291 JSW; 07-01858-JSW; 07-02777-JL
52575

| | |
|---|---|
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20 inclusive,<br><br>Defendants. | No. 07-01858 JSW |
| ANTHONY BOLEA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO.,<br><br>Defendants. | No. C07-02777-JL |

Having considered the Administrative Motion To Consider Whether Cases Should Be Related Pursuant to L.R.3-12(B) filed by Anthony Bolea in the above captioned case, to which no opposition has been filed, and good cause showing,

IT IS HEREBY ORDERED AS FOLLOWS:

*Anthony Bolea, individually, and on behalf of all others similarly situated v. AXA Advisors, LLC and AXA Equitable Life Insurance Co., et al.,* Case No. C07-02777 JL, is related to the earlier filed cases of *Paul Meola, et al. v. AXA Financial, Inc; AXA Advisors, LLC; AXA Equitable Life*

*Insurance Co.*, Case No. C06-04291 JSW, and *Carlton M. Lennon and James L. Thompson, et al., v. AXA Advisors, LLC; AXA Network, LLC,* Case No. 07-01858 JSW.

Dated:_____, 2007

_____
The Honorable Jeffrey S. White

[Proposed] Order Relating Cases
Case Nos. 06-04291 JSW; 07-01858-JSW; 07-02777-JL
52575