1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  Robert M. Bramson, Of Counsel (Bar No. 102006)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California  94598
4  Telephone:   (925) 945-0770
   Facsimile:   (925) 945-8792
5
6  -and-

7  Joseph H. Meltzer
   Gerald D. Wells, III
8  Robert J. Gray
   280 King of Prussia Road
9  Radnor, PA 19087
10 Telephone:   (610) 667-7706
   Facsimile:   (610) 667-7056
11
12 Attorneys for Plaintiff Anthony Bolea

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 PAUL MEOLA, individually, and on behalf
   of all others similarly situated,          No. C06-04291-JSW
17
18                              Plaintiff,     [PROPOSED] ORDER RELATING
                                               CASES
19                vs.

20 AXA FINANCIAL, INC.; AXA ADVISORS,
   LLC; AXA EQUITABLE LIFE INSURANCE
21 CO.; and DOES 1 through 10, inclusive,
22
                                Defendants.
23

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated, | **No. 07-01858 JSW** |
| 3 | |
| 4 | |
| 5 | |
| 6 | Plaintiffs, |
| 7 | vs. |
| 8 | AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20 inclusive, |
| 9 | |
| 10 | Defendants. |
| 11 | ANTHONY BOLEA, on behalf of himself and all others similarly situated, | **No. C07-02777-JL** |
| 12 | |
| 13 | Plaintiff, |
| 14 | vs. |
| 15 | |
| 16 | AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO., |
| 17 | |
| 18 | Defendants. |

19

20    Having considered the Administrative Motion To Consider Whether Cases Should Be Related

21    Pursuant to L.R.3-12(B) filed by Anthony Bolea in the above captioned case, ~~to which no opposition~~

22    ~~has been filed,~~ and good cause showing, and based on the lack of opposition as is evident in the parties'

23    case management statement in the Meola and Lennon actions,
       IT IS HEREBY ORDERED AS FOLLOWS:

24    *Anthony Bolea, individually, and on behalf of all others similarly situated v. AXA Advisors,*

25    *LLC and AXA Equitable Life Insurance Co., et al.,* Case No. C07-02777 JL, is related to the earlier

26    filed cases of *Paul Meola, et al. v. AXA Financial, Inc; AXA Advisors, LLC; AXA Equitable Life*

27

28

1    *Insurance Co.*, Case No. C06-04291 JSW, and *Carlton M. Lennon and James L. Thompson, et al., v.*

2    *AXA Advisors, LLC; AXA Network, LLC,* Case No. 07-01858 JSW.

3    August 29, 2007
     Dated:_____, 2007

4

5                                                    _____

6                                                    The Honorable Jeffrey S. White

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Relating Cases
Case Nos. 06-04291 JSW; 07-01858-JSW; 07-02777-JL
52575