IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 31, 2007              **Court Reporter**: Sahar McVickar

**CASE NO. C-07-1858  JSW (related to C-06-4291 JSW and C-07-2777JSW)**

**TITLE:**  Carlton M. Lennon, et al., v. AXA Advisors LLC, et al.,

**COUNSEL FOR PLAINTIFF:**             **COUNSEL FOR DEFENDANT:**

Joseph Cho                             Michael von Loewenfeldt
John Kelson
Nancy Fineman (special appearance)

**PROCEEDINGS:**  Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 9-14-07.

Counsel stated there is no objection to relating C-07-4368 to the already related matters.

Counsel shall file a Motion to Consolidate by no later than 9-21-07 and set a hearing on an open date on Judge White's law and motion calendar in accordance with the local rules and Judge While's calendar.

A courtesy copy of any amendments to the complain shall be provided to defendant's at the time of filing motion to consolidate.  Responses shall be delayed until ruling on motion to consolidate.

Further Case Management Conference:  11-30-07 at 1:30 p.m.
Joint case management statement due:  11-24-07.