H. SINCLAIR KERR, JR. (61713)
MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
HOLLY HOGAN (238714)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants

[Additional Counsel Listed On Subsequent Pages]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 06 4291 JSW<br><br>**JOINT REPORT REGARDING PARTIES CONSENT TO REASSIGNMENT TO A MAGISTRATE JUDGE**<br><br>Hon. Jeffrey S. White |
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07 1858 JSW<br>(Related to C 06 4291 JSW) |

[Additional Captions On Following Page]

| | | |
|---|---|---|
| 1 | ANTHONY BOLEA, individually, and on behalf of all others similarly situated, | Case No. C 07 2777 JSW (Related to C 06 4291 JSW) |
| 2 | Plaintiff, | |
| 3 | | |
| 4 | v. | |
| 5 | AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO. | |
| 6 | | |
| 7 | Defendants. | |
| | HARKANT DHRUV, on behalf of himself and all others similarly situated, | Case No. C 07 4368 JSW (Related to C 06 4291 JSW) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | | |
| 11 | AXA EQUITABLE LIFE INSURANCE COMPANY, AXA ADVISORS, LLC; and AXA FINANCIAL SERVICES, LLC, | |
| 12 | | |
| 13 | Defendants. | |

BRYAN KING SHELDON (116219)
**LIM, RUGER & KIM LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

JOSEPH D. MELTZER *(admitted pro hac vice)*
GERALD D. WELLS, III *(admitted pro hac vice)*
ROBERT J. GRAY *(admitted pro hac vice)*
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff Meola

MARK YABLONOVICH (186670)
MARC PRIMO (216796)
JOSEPH CHO (198844)
SHAWN WESTRICK (235513)
**INITIATIVE LEGAL GROUP LLP**
1800 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

1
**JOINT REPORT REGARDING PARTIES CONSENT TO MAGISTRATE**

818433.1

```
 1  Attorneys for Plaintiffs Lennon & Thompson
 2  ALAN R. PLUTZIK
 3  L. TIMOTHY FISHER
    SCHIFFRIN BARROWAY TOPAZ &
 4  KESSLER, LLP
    2125 Oak Grove Road, Suite 120
 5  Walnut Creek, CA 90067
    Telephone: (925) 945-0770
 6  Facsimile: (925) 945-8792
 7
    JOSEPH H. MELTZER
 8  GERALD D. WELLS, III
    ROBERT J. GRAY
 9  SCHIFFRIN BARROWAY TOPAZ &
    KESSLER, LLP
10  280 King of Prussia Road
11  Radnor, PA 19087
    Telephone: (610) 667-7706
12  Facsimile: (610) 667-7506
13
    R. BRUCE CARLSON
14  GARY F. LYNCH
    CARLSON LYNCH LTD
15  P.O. Box 367
    231 Melville Lane
16  Sewickley, PA 15143
    Telephone: 412-749-1677
17  Facsimile: 412-749-1686
18
    A. HOYT ROWELL, III
19  DANIEL O. MYERS
    RICHARDSON PATRICK
20  WESTBROOK & BRICKMAN LLC
    1037 Chuck Dawley Blvd., Bldg A
21  Mt. Pleasant, SC 29464
22
    Attorneys for Plaintiff Bolea
23
    NIALL P. MCCARTHY (#160175)
24  NANCY L. FINEMAN (#124870)
    COTCHETT, PITRE & McCARTHY
25  San Francisco Airport Office Center
26  840 Malcolm Road, Suite 200
    Burlingame, CA 94010
27  Telephone: (650) 697-6000
    Facsimile: (650) 697-0577
28
```

2

**JOINT REPORT REGARDING PARTIES CONSENT TO MAGISTRATE**

818433.1

| | |
|---|---|
| 1 | JOHN M. KELSON (#75462) |
| 2 | **LAW OFFICES OF JOHN M. KELSON** |
|   | 1999 Harrison Street, Suite 700 |
| 3 | Oakland, CA 94612 |
|   | Telephone: (510) 465-1326 |
| 4 | Facsimile: (510) 465-0871 |
| 5 | |
|   | Attorneys for Plaintiff Dhruv |

Pursuant to the Court's Order of August 31, 2007, directing the parties to submit an omnibus submission advising the Court whether all parties consent to reassignment to a Magistrate Judge, the parties hereby state that they have failed to unanimously agree to reassignment to a Magistrate Judge for all purposes.

DATED: September 14, 2007

**KERR & WAGSTAFFE LLP**

By: /s/ Adrian J. Sawyer (BKS)
Adrian J. Sawyer

Attorneys for Defendants

DATED: September 14, 2007

**LIM, RUGER & KIM, LLP**

By: /s/ Bryan King Sheldon
Bryan King Sheldon

Local Counsel for Plaintiff
PAUL MEOLA

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

Lead Counsel for Plaintiff
PAUL MEOLA

DATED: September 14, 2007

**INITIATIVE LEGAL GROUP LLP**

By: /s/ Joseph Cho (BKS)
Joseph Cho (198844)

Counsel for Plaintiffs
CARLTON LENNON and JAMES THOMPSON

DATED: September 14, 2007

**CARLSON LYNCH**

By: /s/ Gary F. Lynch (BKS)
Gary F. Lynch

**JOINT REPORT REGARDING PARTIES CONSENT TO MAGISTRATE**

- 4 -

818433.1

DATED: September 14, 2007

Counsel for Plaintiff
ANTHONY BOLEA

**COTCHETT, PITRE & McCARTHY**

By: _Nancy Fineman (BFS)_
Nancy Fineman (124870)

Counsel for Plaintiff
HARKANT DHRUV