1
2
3
4
5

H. SINCLAIR KERR, JR. (61713)
MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
HOLLY HOGAN (238714)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

6

Attorneys for Defendants

7

[Additional Counsel Listed
On Subsequent Pages]

8

9

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated, | Case No. C 06 4291 JSW |
| Plaintiff, | **JOINT STIPULATION REGARDING THE FILING OF PLAINTIFFS' CONSOLIDATION PAPERS** |
| vs. | |
| AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive, | Hon. Jeffrey S. White |
| Defendants. | |
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated, | Case No. C 07 1858 JSW (Related to C 06 4291 JSW) |
| Plaintiffs, | |
| vs. | |
| AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26    [Additional Captions On Following Page]

27

28

Case No. C 06 4291 JSW                                    JOINT STIPULATION

| | |
|---|---|
| ANTHONY BOLEA, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO.<br><br>                    Defendants. | Case No. C 07 2777 JSW<br>(Related to C 06 4291 JSW) |
| HARKANT DHRUV, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, AXA ADVISORS, LLC; and AXA FINANCIAL SERVICES, LLC,<br><br>                    Defendants. | Case No. C 07 4368 JSW<br>(Related to C 06 4291 JSW) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14  BRYAN KING SHELDON (116219)
    **LIM, RUGER & KIM LLP**
15  1055 West Seventh Street, Suite 2800
    Los Angeles, CA 90017
16  Telephone:  (213) 955-9500
    Facsimile:  (213) 955-9511

17

    JOSEPH D. MELTZER *(admitted pro hac vice)*
18  GERALD D. WELLS, III *(admitted pro hac vice)*
    ROBERT J. GRAY  *(admitted pro hac vice)*
19  **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
20  280 King of Prussia Road
    Radnor, Pennsylvania 19087
21  Telephone:  (610) 667-7706
    Facsimile: (610) 667-7056

22

    Attorneys for Plaintiff Meola
23

    MARK YABLONOVICH (186670)
24  MARC PRIMO (216796)
    JOSEPH CHO (198844)
25  SHAWN WESTRICK (235513)
    **INITIATIVE LEGAL GROUP LLP**
26  1800 Century Park East, Suite 200
    Los Angeles, CA 90067
27  Telephone:  (310) 556-5637
    Facsimile:  (310) 861-9051

28

**Case No. C 06 4291 JSW**                                                    **JOINT STIPULATION**

1　Attorneys for Plaintiffs Lennon & Thompson

2　ALAN R. PLUTZIK

3　L. TIMOTHY FISHER
**SCHIFFRIN BARROWAY TOPAZ &**

4　**KESSLER, LLP**
2125 Oak Grove Road, Suite 120

5　Walnut Creek, CA 90067
Telephone: (925) 945-0770

6　Facsimile: (925) 945-8792

7
JOSEPH H. MELTZER

8　GERALD D. WELLS, III
ROBERT J. GRAY

9　**SCHIFFRIN BARROWAY TOPAZ &**
**KESSLER, LLP**

10　280 King of Prussia Road

11　Radnor, PA 19087
Telephone: (610) 667-7706

12　Facsimile: (610) 667-7506

13　R. BRUCE CARLSON

14　GARY F. LYNCH
**CARLSON LYNCH LTD**

15　P.O. Box 367
231 Melville Lane

16　Sewickley, PA  15143
Telephone: 412-749-1677

17　Facsimile:  412-749-1686

18
A. HOYT ROWELL, III

19　DANIEL O. MYERS
**RICHARDSON PATRICK**

20　**WESTBROOK & BRICKMAN LLC**
1037 Chuck Dawley Blvd., Bldg A

21　Mt. Pleasant, SC 29464

22
Attorneys for Plaintiff Bolea

23
NIALL P. MCCARTHY (#160175)

24　NANCY L. FINEMAN (#124870)
**COTCHETT, PITRE & McCARTHY**

25　San Francisco Airport Office Center
840 Malcolm Road, Suite 200

26　Burlingame, CA 94010

27　Telephone: (650) 697-6000
Facsimile: (650) 697-0577

28

**Case No. C 06 4291 JSW**　　　　　　　　　　　　　　　　　　　**JOINT STIPULATION**

1   JOHN M. KELSON (#75462)
2   **LAW OFFICES OF JOHN M. KELSON**
    1999 Harrison Street, Suite 700
3   Oakland, CA 94612
    Telephone: (510) 465-1326
4   Facsimile: (510) 465-0871

5   Attorneys for Plaintiff Dhruv

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06 4291 JSW                                                    JOINT STIPULATION

1    The parties in the above-captioned actions, by and through their counsel of record, hereby

2   stipulate as follows:

3    WHEREAS, Plaintiffs in the above-captioned matters ("Plaintiffs") indicated to the Court

4   at the Case Management Conference held on August 31, 2007 that they intended to file

5   consolidation papers, consolidating the actions for all purposes, and concomitantly a

6   consolidated complaint;

7    WHEREAS, the Court directed Plaintiffs to file such pleadings by September 21, 2007;

8    WHEREAS, Plaintiffs have contacted Defendants to determine if Defendants will

9   stipulate to such filings;

10    WHEREAS, Defendants need sufficient time to review Plaintiffs' proposed consolidated

11   complaint before making any such determination;

12    IT IS HEREBY STIPULATED AND AGREED that the time for Plaintiffs to file their

13   consolidation papers and related pleadings is hereby moved from September 21, 2007 to October

14   5, 2007.

15

16   DATED: September 20, 2007

17                                    **KERR & WAGSTAFFE LLP**

18                          By: _____s/_____

19                                    Michael von Loewenfeldt

20                                    Attorneys for Defendants

21

22   DATED: September 20, 2007
                                    **LIM, RUGER & KIM, LLP**
23
                            By: _____s/_____
24                                    Bryan King Sheldon

25                                    Local Counsel for Plaintiff
                                    PAUL MEOLA
26

27

28

1

1

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

2

3

Lead Counsel for Plaintiff
PAUL MEOLA

4    DATED: September 20, 2007          **INITIATIVE LEGAL GROUP LLP**

5

6    By: _____s/_____
Joseph Cho

7

Counsel for Plaintiffs

8    CARLTON LENNON and JAMES THOMPSON

9    DATED: September 20, 2007          **CARLSON LYNCH**

10

11    By: _____s/_____
Gary F. Lynch

12

Counsel for Plaintiff

13    ANTHONY BOLEA

14    DATED: September 20, 2007          **COTCHETT, PITRE & McCARTHY**

15

16    By: _____s/_____
Nancy Fineman

17

Counsel for Plaintiff

18    HARKANT DHRUV

19

20    SO ORDERED   this 20th day of September.  Any motion, however, shall be noticed within the
time frame contemplated by the local rules on one of this Court's available

21    __dates._____
Jeffrey S. White, U.S.D.J.

22

23

24

25

26

27

28

2

1           I, Michael von Loewenfeldt, am the ECF User whose ID and password are being

2    used to file this Joint Administrative Motion to Consider Whether Cases Should Be Related.  In

3    compliance with General Order 45, X.B., I hereby attest Messrs. Bryan King Sheldon, Gary F.

4    Lynch, Nancy Fineman and Joseph Cho, counsel for Plaintiffs above captioned cases,

5    respectively, have concurred in this filing.

6

7    DATED: September 20, 2007

8                                      **KERR & WAGSTAFFE LLP**

9                       By: _____s/_____

10                           Michael von Loewenfeldt

11                           Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3