NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
NANCY L. FINEMAN (#124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

GERALD D. WELLS III *(pro hac vice)*
gwells@sbtklaw.com
**SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Proposed Plaintiffs' Co-Lead Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C06-04291-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONSOLIDATE CASES AND FILE CONSOLIDATED COMPLAINT**<br><br>AND ORDER THEREON |

| | |
|---|---|
| **CARLTON M. LENNON**, individually, and on behalf of all other members of the general public similarly situated, **JAMES L. THOMPSON**, individually, and on behalf of all other members of the general public similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>**AXA ADVISORS, LLC; AXA NETWORK, LLC**; and DOES 1 through 20, inclusive,<br><br>      Defendants. | No. 07-01858 JSW |
| **ANTHONY BOLEA**, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>**AXA ADVISORS, LLC** and **AXA EQUITABLE LIFE INSURANCE CO.**,<br><br>      Defendants. | No. C07-02777 JSW |
| **HARKANT DHRUV**, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>**AXA EQUITABLE LIFE INSURANCE CO.**, et al.<br><br>      Defendants. | No. C07-04368-JSW |

**Stipulation to Consolidate Cases and File Consolidated Complaint;**
Case Nos. C06-04291 JSW; C07-01858 JSW; C07-02777 JSW; C07-04368-JSW

It is stipulated by the parties that the following cases pending before this court shall be consolidated:

- *Meolu v. Axa Financial, Inc., et al.*, No. C 06-04291JSW;
- *Lennon v. Axa Advisors, LLC, et al.*, No. C 07-01858 JSW;
- *Bolea v. Axa Financial, Inc., et al.*, No. C 06-04291 JSW;
- *Dhruv v. Axa Equitable Life Insurance Company, et al.*, No. C 07-04368 JSW.

Consolidation of the cases pursuant to Fed. R. Civ. Proc. 42(a) is appropriate because consolidation will result in a substantial savings of the resources of the court and the parties, and no party will be prejudiced by consolidation.

The parties have also agreed that Plaintiffs may file a Consolidated Complaint which will serve as the operative Complaint. The parties have met and conferred regarding this complaint and are still meeting and conferring regarding whether a certain company should be named as a defendant in the complaint. The parties request that Plaintiffs have through October 19, 2007 to file the Consolidated Complaint.

The foregoing stipulations in no way prejudice or restrict Defendants from raising any objections or arguments in the future, including but not limited to: 1) proper identification of defendants; 2) proper identification of class members or the existence of a certifiable class or subclasses as the proper mode for resolving these or any other cases in this or any other forum; 3) statute of limitations and issues of relation back.

DATED: October 5, 2007         KERR & WAGSTAFFE LLP

By: ___/s/ Adrian J. Sawyer___
        Adrian J. Sawyer
        Attorneys for Defendants

Stipulation to Consolidate Cases and File Consolidated Complaint;
Case Nos. C06-04291 JSW; C07-01858 JSW; C07-02777 JSW; C07-04368-JSW

1

| | | |
|---|---|---|
| 1 | DATED: October 5, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |

By: \_\_\_\_\_/s/ Gerald D. Wells, III\_\_\_\_\_
       Gerald D. Wells, III
       Counsel for Plaintiff PAUL MEOLA

DATED: October 5, 2007        INITIATIVE LEGAL GROUP LLP

By: \_\_\_\_\_/s/ Joseph Cho\_\_\_\_\_
       Joseph Cho
       Counsel for Plaintiffs CARLTON LENNON and JAMES THOMPSON

DATED: October 5, 2007        CARLSON LYNCH

By: \_\_\_\_\_/s/ Gary F. Lynch\_\_\_\_\_
       Gary F. Lynch
       Counsel for Plaintiff ANTHONY BOLEA

DATED: October 5, 2007        COTCHETT, PITRE & McCARTHY
                              JOHN M. KELSON LAW OFFICE

By: \_\_\_\_\_/s/ Niall P. McCarthy\_\_\_\_\_
       Niall P. McCarthy
       Counsel for Plaintiff HARKANT DHRUV

Based on the stipulation of the parties and good cause appearing, the Court hereby orders that the cases be consolidated and that Plaintiff may file a First Amended Consolidated Complaint, which complaint shall be filed on or before October 19, 2007.

SO ORDERED, this 10th day of October, 2007.

_____
Hon. Jeffrey S. White
United States District Court

Stipulation to Consolidate Cases and File Consolidated Complaint;
Case Nos. C06-04291 JSW; C07-01858 JSW; C07-02777 JSW; C07-04368-JSW

2