UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE AXA WAGE AND HOUR LITIGATION | No. C06-04291 JSW<br><br>[Proposed] ORDER APPROVING STIPULATION REQUESTING COURT'S APPROVAL TO CONTINUE SCHEDULE FOR CLASS CERTIFICATION BRIEFING BASED ON MEDIATION SCHEDULE |
|---|---|

The Court having reviewed the parties' stipulation to continue by three months, to on or before August 29, 2008, the deadline for Plaintiffs to move for class certification and/or conditional collective action certification under the Fair Labor Standards Act, in order to accommodate their May 7, 2008, mediation; having read the accompanying declaration of counsel; and having found good cause shown, IT IS ORDERED as follows:

The Court approves the parties' stipulation. The deadline for Plaintiffs to move for class certification and/or FLSA conditional collective action certification is continued from May 30, 2008, to on or before August 29, 2008. Upon completion of the mediation, the parties will notify the Court of the outcome.

IT IS SO ORDERED.

Date: April 24, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---