**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE AXA WAGE AND HOUR LITIGATION** | No. C06-04291 JSW <br><br> [Proposed] **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court having reviewed the parties' Joint Notice to Court of Partial Settlement and Request to Schedule Case Management Conference, IT IS ORDERED as follows:

A further Case Management Conference is scheduled for July 18, 2008, at 1:30 p.m. The August 29, 2008 deadline to file motions relating to class certification is VACATED.

IT IS SO ORDERED.

Date: May 22, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE,
Case No. C 06-04291 JSW